```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                                  Feb 8, 2016

                          CENTRAL DISTRICT OF CALIFORNIA
                          BY:    PMC        DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABIGAIL WALLA, | ) 2:15-cv-09886-SVW-JC |
| Plaintiff, | ) Honorable Stephen V. Wilson |
| v. | ) |
| R. SCOTT TUCKER AND ASSOCIATES; ISABEL PACIFIC PROPERTIES II, LLC.; and DOES 1through10 Inclusive, | ) **Civil Rights** <br> ) **[PROPOSED] ORDER GRANTING AND PRELIMINARY INJUNCTION** <br> ) [Filed Concurrently with Joint Stipulation to Grant the Preliminary Injunction] |
| Defendants. | ) **Hearing Date:** February 9, 2016 <br> ) **Time:** 1:30 p.m. <br> ) **Courtroom:** 6 |

---

Counsel for the Parties have stipulated to enjoin Defendants R. SCOTT TUCKER AND ASSOCIATES; ISABEL PACIFIC PROPERTIES II, LLC. from carry out the "Thirty (30) day Notice To Perform Or Quit" served on Plaintiff Abigail Walla on December 16, 2015 to vacate her apartment located at 2043 Beachwood Dr., # 8, Los Angeles, California 90068 or remove her service dog from the premises.

The Parties have filed a joint stipulation authorizing the Court to enter Plaintiff's Ex Parte Notice and Application For Temporary Restraining Order And Preliminary restraining and enjoining Defendants and anyone acting on their behalf from engaging in or performing, directly or indirectly, any action to evict Plaintiff or remove her service dog from the above-cited residence on the basis of the breed of Plaintiff's service dog.

IT IS ORDERED that Defendants will have until **February 19, 2016** to respond to the Complaint filed in this matter.

The injunction agreed to by the Parties shall remain in effect during the tenancy of Abigail Walla at Defendants' property as cited above, or until such time as there is a final judicial determination that Defendants may lawfully evict Plaintiff on the basis that her service dog is a pit bull.

The hearing scheduled for February 9, 2016 at 1:30 pm is hereby vacated.

IT IS SO ORDERED

Dated:    February 8, 2016

_____
Hon. Judge Stephen V. Wilson

[PROPOSED] ORDER GRANTING: PRELIMINARY INJUNCTION
Case No.: 2:15-cv-09886-SVW-JC                                               2